FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID R. ARNOLD,<br><br>Plaintiff,<br><br>v.<br><br>NAPHCARE, MENTAL HEALTH PRESCRIBER LISA MITCHELL, MENTAL HEALTH SECRETARY DILLIAN, HSA NURSE BECKY, and MAT PROGRAM PROVIDER EDWARD,<br><br>Defendants. | No. 4:26-cv-5080-EFS<br><br>**ORDER DISMISSING ACTION** |

Plaintiff initiated this action while incarcerated at the Benton County Jail.[1] He subsequently notified the Court of his transfer to the

---

[1] ECF No. 1.

custody of the Washington State Department of Corrections at the Washington Corrections Center in Shelton, Washington.[2] On September 17, 2026, the Court was notified that Plaintiff is no longer in the custody of the Washington State Department of Corrections.

Plaintiff is proceeding *pro se* and *in forma pauperis.*[3] Defendants have not been served. It is unclear whether Plaintiff received the Second Order to Amend or Voluntarily Dismiss Complaint filed on September 8, 2026.[4]

In any event, he did not notify the Court in writing of his current address as instructed on May 28, 2026.[5] Plaintiff filed nothing further in this case. His filing deficiencies indicate that Plaintiff has chosen to abandon this litigation.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for

---

[2] ECF No. 19.

[3] ECF No. 15.

[4] ECF No. 21.

[5] ECF No. 4.

failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).

2. The Court certifies that any appeal of this dismissal would not be taken in good faith and would lack an arguable basis in law or fact.

IT IS SO ORDERED. The Clerk's Office is directed to file this order, enter judgement, provide copies to Plaintiff at the address of record last provided by Plaintiff, ECF No. 19, and **CLOSE** the file.

DATED this 13th day of October 2026.

EDWARD F. SHEA
Senior United States District Judge