FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2026

SEAN F. MCAVOY, CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

DAVID R. ARNOLD,

*Plaintiff*

v.

NAPHCARE, MENTAL HEALTH PRESCRIBER LISA MITCHELL, MENTAL HEALTH SECRETARY DILLIAN, HSA NURSE BECKY, and MAT PROGRAM PROVIDER EDWARD,

*Defendant*

Civil Action No. 4:26-cv-5080-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ ______ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Pursuant to the Order at ECF No. 22, the Complaint, ECF No, 1 is DISMISSED WITHOUT PREJUDICE for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 10/14/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*